UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PERFECTO GARCIA,

                         Plaintiff,

- against -

WILLIAM BADYNA and SHAGGY'S
ORIGINAL CHEESESTEAK,

                         Defendants.
-----------------------------------------------------------X

**JUDGMENT**
13-CV-4021 (RRM) (CLP)

A Memorandum and Order having been filed this day adopting the unopposed Report and Recommendation of Magistrate Judge Cheryl L. Pollak, dated September 4, 2014, it is hereby

**ORDERED ADJUDGED AND DECREED** that default judgment is hereby entered in favor of plaintiff Perfecto Garcia against defendants William Badyna and Shaggy's Original Cheesesteak, jointly and severally, in the total amount of $63,470.25. That amount consists of the following: $4,964 in unpaid minimum wages; $10,910.50 in unpaid overtime; $31,749 in liquidated damages; $2,740.50 in unpaid "spread of hours" wages; $2,500 for failure to provide statements required under New York law; $10,092 in attorneys' fees; and $514.25 in costs.

SO ORDERED

Dated: Brooklyn, New York
       September 23, 2014

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge